LUCY BECKER v. MANUFACTURERS TRUST COMPANY.— Motion for reargument or that the order of this court, entered on October 31, 1941 [262 App. Div. 525], be modified so as to provide for a new trial denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

HARRY SPAGNUOLA v. THE CITY OF NEW YORK and DURAND REALTY CO., INC., and EXCELLENT BAKERY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH AUERBACH v. GRAND NATIONAL PICTURES, LIMITED. LEWIS CIVVAL, as Liquidator of GRAND NATIONAL PICTURES, LIMITED.— Motion to resettle order of this court entered November 21, 1941 [ante, p. 712], granted. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of HOLMES ELECTRIC PROTECTIVE COMPANY for a Certiorari Order against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, etc.— Motion to resettle order of this court entered October 31, 1941 [262 App. Div. 514], granted to the extent indicated in the order. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of CHARLES G. HOFFMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.